RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/17/09
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **JUDY BRENNON** | * | **CIVIL ACTION NO. 09-1093** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **PFIZER, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) [Doc. No. 3] filed by Defendant Pfizer, Inc. is **GRANTED IN PART**, and that judgment is hereby entered in favor of Pfizer, Inc. **DISMISSING WITH PREJUDICE** Plaintiff's punitive damages claims and all other claims not arising under the Louisiana Products Liability Act or in redhibition.

Pfizer's motion to dismiss [Doc. # 3] is otherwise **DENIED**.

MONROE, LOUISIANA, this 16 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE